IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUNKIN' DONUTS FRANCHISED RESTAURANTS, LLC, DD IP HOLDER, LLC, BASKIN-ROBBINS FRANCHISED RESTAURANTS, LLC and DB REAL ESTATE ASSETS I, LLC,** | : : : : : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| v. | : : | |
| **CLAUDIA I, LLC, MANFRED P. MAROTTA and LYNNE K. MAROTTA,** | : : : : | No. 12-2010 |
| Defendants. | : : | |
| v. | : : | |
| **SPRING HILL REALTY, INC.,** | : | |
| Third Party Defendant. | : | |

**O R D E R**

**AND NOW**, this 16th day of May, 2013, upon consideration of the Plaintiffs' Motion for Preliminary Injunction (Doc. No. 50), all responses and replies thereto and following a hearing on Monday, May 13, 2013, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** Defendants are enjoined from holding themselves out as authorized DUNKIN' DONUTS and BASKIN-ROBBINS brand franchisees and from occupying the branded subleased premises located at 505 Old York Road, Jenkintown, PA 19046.  That Defendants shall surrender the premises at 505 Old York Road, Jenkintown, PA to Plaintiffs within 48 hours in a manner suggested by Plaintiffs to

minimize customer disruption, and cease and desist operation of the DUNKIN' DONUTS and BASKIN-ROBBINS franchise at the premises at the time of surrender, until further order of this Court.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.