IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DUNKIN' DONUTS FRANCHISED RESTAURANTS, LLC, ET AL.** : : : | |
| v. : | CIVIL ACTION NO. 12-2010 |
| : **CLAUDIA I, LLC, ET AL.** : | |

## ORDER

This 20th day of October, 2014, in accordance with the Memorandum Opinion setting forth Findings of Fact and Conclusions of Law of today's date, prior to the entry of judgment, the Dunkin' parties and Spring Hill Realty, Inc., are directed to file supplemental memoranda summarizing and documenting any claims for her counsel fees within 14 days, and defendants Claudia I, et al shall file responsive memoranda within 14 days thereafter.

    /s/ Gerald Austin McHugh
United States District Court Judge